No. 12–5567.  CHROMY v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 12–5569.  BROWN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–5570.  QUINONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 12–5571.  SCHIRO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 12–5575.  VASQUEZ-GUTIERREZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 12–5578.  TOELUPE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 12–5586.  GREGORY v. MERIT SYSTEMS PROTECTION BOARD.  C. A. Fed. Cir.  Certiorari denied.

No. 12–5587.  BIRHAN v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 12–5589.  DOMINGUEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–5591.  CURRENCE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5596.  JONES v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 12–5597.  W. R. v. DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 12–5600.  CARPENTER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–5601.  MONTOUR v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 12–5605.  GEORGE v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.